IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **SMR INTELLIGENT LTD.,**<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>**THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"**<br><br>　　　　　　Defendants. | **Civil Action No. 4:25-cv-636** |

## SCHEDULE A – SEALED DOCUMENT

　　This document is being filed under seal with a motion for leave to file documents under seal. A full version of Schedule A will be filed separately under seal and will remain under seal until further order of this court.