# United States District Court

### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| SMR INTELLIGENT LTD, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| | § | Civil Action No. 4:25-cv-636 |
| THE PARTNERSHIPS and | § | Judge Mazzant |
| UNINCORPORATED | § | |
| ASSOCIATIONS IDENTIFIED ON | § | |
| SCHEDULE "A", | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Pending before the Court is Plaintiff's Ex Parte Motion to Extend the Sealed Temporary Restraining Order and Reset the Preliminary Injunction Hearing (Dkt. #9). Through it, Plaintiff alleges that good cause exists to extend the Temporary Restraining Order currently in effect because Plaintiff, despite its diligence, has yet to receive the requested information from third-party Amazon regarding Defendant's identity and contact information (*See* Dkt. #6; Dkt. #9 at pp. 1–2). The Court agrees that this constitutes good cause. *See* FED. R. CIV. P. 65(b)(2). Having considered the Motion and the relevant pleadings, the Court finds that the Motion should be **GRANTED**.

It is therefore **ORDERED** that, on this 7th day of July at 9:18 a.m.,  the  Temporary Restraining Order without notice shall extend for sixteen days beyond its current effective period and terminate on July 23, 2025. The Court acknowledges that this extension exceeds the fourteen days Plaintiff requests but finds that this is necessary to accommodate the Court's schedule.

It is further **ORDERED** that this matter should be set for a hearing at 1:30 p.m. on Wednesday, July 23, 2025 at the Paul Brown United States Courthouse, 101 E. Pecan Street, Sherman, TX 75090.

**IT IS SO ORDERED.**

**SIGNED this 7th day of July, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE